AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

P1, as Parent and Natural Guardian of S1, an infant

*Plaintiff(s)*

v.

HILTON CENTRAL SCHOOL DISTRICT, KIRK ASHTON, as Principal of Northwood Elementary School, and DR. CASEY KOSIOREK, as Superintendent of HILTON CENTRAL SCHOOL DISTRICT, in their individual and official capacities

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
HILTON CENTRAL SCHOOL DISTRICT
225 West Avenue, Hilton, New York 14468

DR. CASEY KOSIOREK
c/o Hilton Central School District, 225 West Avenue, Hilton, New York 14468

KIRK ASHTON
c/o Niagara County Jail, 5526 Niagara Street Ext., Lockport, New York 14095

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey Wicks, PLLC
Jeffrey Wicks, Esq
36 West Main Street, Suite 101
Rochester, NY 14614
585-325-6070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*