6/30/2021

*UNITED STATES DISTRICT COURT FILED JUL 08 2021 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

Kirk Ashton
c/o Niagara County Jail
5526 Niagara Street Ext.
Lockport N.Y. 14095

RE: Case 6:21-cv-06440-EAW

United States District Court
Western District of New York
100 State Street
Rochester N.Y. 14614

Please accept this answer to summons in civil action case civil action NO. 6:21 cv-06440-EAW. In regards to this summons I deny all allegations. My union representation at SAANYS is filing Article 78 to petition for representation and awaiting response in this matter.

Sincerely,
Kirk Ashton
*[signature]*

Kirk Ashton
c/o Niagara County Jail
5526 Niagara Street Ext.
Lockport N.Y. 14095



BUFFALO NY 140
6 JUL 2021  PM 1  L

United States District Court
Western District of New York
100 State Street
Rochester N.Y. 14614



14614-136899