

**18 COLUMBIA TURNPIKE, SUITE 300**
**FLORHAM PARK, NEW JERSEY  07932**
**(973) 822-1110 – TELEPHONE**
**(973) 822-1116 – FACSIMILE**
www.mkcilaw.us.com

July 16, 2021

**Via Pacer Filing**
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      RE:    **P1, as Parent and Natural Guardian of S1, an infant, v. HILTON CENTRAL SCHOOL DISTRICT, KIRK ASHTON, as Principal of Northwood Elementary School, and DR. CASEY KOSIOREK, as Superintendent of HILTON CENTRAL SCHOOL DISTRICT, in their individual and official capacities,**
            **CASE: 6:21-cv-06440**
            **MKCI File No. 4184G-0056**

Dear Hon. Wolford:

After discussion with the attorneys for Plaintiffs, P1, as Parent and Natural Guardian of S1, an infant, all parties agreed that the attorneys for Defendants, Hilton Central School District and Dr. Casey Kosiorek may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein from July 19, 2021 to August 15, 2021.

We appreciate your time and consideration.

                  Respectfully submitted,
                  **McGIVNEY, KLUGER, CLARK & INTOCCIA, P.C.**

                  *Gary J. Intoccia*
                  **GARY J. INTOCCIA, ESQ.**
GJI/lm                  gintoccia@mkcilaw.us.com
cc: Jeffrey Wicks, Esq.

FLORHAM PARK, NJ    HARTFORD, CT    WILMINGTON, DE
(973) 822-1110    (860) 404-3000    (302) 656-1200

NEW YORK, NY    PHILADELPHIA, PA    SPARTA, NJ    SYRACUSE, NY
(212) 509-3456    (215) 557-1990    (973) 726-4958    (315) 473-9648
{F2296535-1}