UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

P1 as Parent and Natural Guardian of
S1, an Infant,

                 Plaintiff,

v.

HILTON CENTRAL SCHOOL DISTRICT,
KIRK ASHTON as Principal of Northwood
Elementary School, and DR. CASEY KOSIOREK,
as Superintendent of HILTON CENTRAIL SCHOOL
DISTRICT, in their individual and official capacities,

                 Defendants.

_____

**NOTICE FOR EXAMINATION BEFORE TRIAL**

**CV NO. 21-CV-6440-EAW**

       ***PLEASE TAKE NOTICE*** that, pursuant to Rule 3107 et seq. of the CPLR, the testimony of Plaintiff, P1 and  S1, as a party in this action, will be taken in the above-entitled action by deposition before a notary public at the office of Hurwitz & Fine, P.C., located at 1300 Liberty Building, 424 Main Street, Buffalo, New York in the County of Erie on a mutually agreeable date and time with respect to all the relevant facts and circumstance in connection with the accident alleged in plaintiff's complaint, including negligence, contributory negligence, liability and damages material and necessary in the defense of this action.

       ***PLEASE TAKE FURTHER NOTICE*** that, the party to be examined is requested to produce upon said examination any and all records, sought herein for the purpose of refreshing.

DATED:      Buffalo, New York
              December 3, 2021

                       HURWITZ & FINE, P.C.

             By:   *Anastasia M. McCarthy*
                       Jody E. Briandi, Esq.
                       Anastasia M. McCarthy, Esq.
                       *Attorneys for Defendant Casey Kosiorek*
                       1300 Liberty Building
                       Buffalo, New York 14202
                       (716) 849-8900

TO:    Jeffrey Wicks, Esq.
        JEFFREY WICKS, PLLC
        36 W. Main Street, Suite 318
        Executive Building
        Rochester, New York 14614
        Phone: (585) 325-6070

CC:    Danit Leenor Sobivits, Esq.
        Emily R. Weisslitz, Esq.
        Gary John Intoccia, Esq.
        Meagan E. Dean, Esq.
        McGIVNEY KLUGER CLARK & INTOCCIA, P.C.
        *Attorneys for Hilton Center School District*
        100 Madison Street, Suite 1640
        Syracuse, New York 13202
        (315) 473-9648

        Kirk Ashton, *Pro Se*
        P.O. Box 22881
        Rochester, New York 14692