UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

P1 as Parent and Natural Guardian of S1, an infant,

        Plaintiffs,

v.

HILTON CENTRAL SCHOOL DISTRICT, KIRK ASHTON, as Principal of Northwood Elementary School, and DR. CASEY KOSIOREK, as Superintendent of HILTON CENTRAL SCHOOL DISTRICT, in their individual and official Capacities,

        Defendants.

---



Defendant Kirk Ashton's Reply and Answer to Defendant Hilton Central School District's Crossclaim(s) On its Answer to Fourth Amended Complaint

Index no.: 6:21-CV-06440

    Defendant. Kirk Ashton, appearing on a pro se basis, hereby answers Defendant Hilton Central School District's Crossclaims as follows:

1. Defendant Kirk Ashton hereby denies any and all allegations set forth in the Hilton School District's Answer with Counterclaims.
2. Defendant Kirk Ashton hereby denies any and all allegations set forth in the Hilton School District's Crossclaims.

Dated: 12/24/21

By: _____
    Kirk Ashton

TO:    United States Western District Court
100 State Street
Rochester, New York 14614

McGivney, Kluger, Clark and Intoccia, PC
Attorneys for Hilton School District
80 Broad Street, 23rd Floor
New York, New York 10004

Jeffrey Wicks, PLLC
36 West Main Street
Suite 318, Executive Building
Rochester, New York  14614

Hurwitz & Fine, PC
Jodi E. Briandi, Esq.
1300 Liberty Building
Buffalo, New York 14202