K. Ashton
P.O. Box 22881
Rochester, N.Y. 14692



United States Western District Court
100 State Street
Rochester N.Y. 14614

